MAR 26 '25 PM 1:55
RCV'D - USDC FLO SC

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT

### for the

District of South Carolina

Florence Division

|  |  |
|---|---|
| Herschel Jarmal Ham | Case No. _____ |
| _____ | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Eric Bingaman, Janet Ayyad Ismail | |
| _____ | |
| **Defendant(s)** | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Herschel Jarmal Ham
Street Address       2212 West John Paul Jones Road
City and County      Effingham, Florence County
State and Zip Code    South Carolina, 29541
Telephone Number     843-598-5307
E-mail Address       herschelham@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1

| | |
|---|---|
| Name | Eric Bingaman |
| Job or Title *(if known)* | Thermo Fisher Scientific Inc. (Human Resource Manager) |
| Street Address | 6173 East Old Marion Hwy. |
| City and County | Florence, Florence County |
| State and Zip Code | South Carolina, 29506 |
| Telephone Number | 843-629-4000 |
| E-mail Address *(if known)* | Eric.bingaman@thermofisher.com |

Defendant No. 2

| | |
|---|---|
| Name | Janet Ayyad Ismail |
| Job or Title *(if known)* | Austin Industries Inc. (Corporate Counsel) |
| Street Address | 3535 Travis Street, Suite 300 |
| City and County | Dallas, Dallas County |
| State and Zip Code | Texas, 75204 |
| Telephone Number | 214-443-5700 (Direct: 214-443-5677) |
| E-mail Address *(if known)* | jismail@austin-ind.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

C.    **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Thermo Fisher Scientific Inc. |
| Street Address | 6173 East Old Marion Hwy. |
| City and County | Florence, Florence County |
| State and Zip Code | South Carolina, 29506 |
| Telephone Number | 843-629-4000 |

II.    **Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

☒    Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.

☐    Relevant state law

☐    Relevant city or county law

III.    **Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Nature of employer's business:

Austin Industrial of Austin Industries provides maintenance service for Thermo Fisher Scientific.

B.    Dates of employment:

Feb. 24 2020 — Nov. 27 2023

C.    Employee's job title and a description of the kind of work done:

I + E Technician (Instruments + Electronics) provided maintenance on Thermo Fisher's devices.

D.    Rate, method, and frequency of wage payment:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

$31.90 hourly, Direct Deposit, Paid Weekly

E.    Number of hours actually worked each week in which a violation is claimed:

No less than the average 42 hours weekly but weekly avg. increased over time.

F.    Description of the alleged violation(s) *(check all that apply)*:

☐    Failure to pay the minimum wage *(explain)*

☒    Failure to pay required overtime *(explain)*

Time required to be at work does not reflect the time paid for being at work.

☒    Other violation(s) *(explain)*

Retaliation (termination, Denial Promotions, Denial Hire)

G.    Date(s) of the alleged violation(s):

Feb. 24, 2020 - Nov. 27, 2023    (Hire Denial: Dec. 05, 2023) (Jun. 27, 2024)

H.    Additional facts:

Denial of Employment stated, I don't meet minimum criteria yet hired others less qualified than me

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lost of wages, Continued denial of employment, Job search cost, Emotional distress, lost of enjoyment of life Harm to reputation, pre-mature birth of child, medical bills (repossession for me, bills and cost of premiture )% Also considering the fact that both defendants acted willingly with malice malice and both defendants employ over 500 employees, I am asking for 1.2 million dollars in relief for damages. Damages effecting and still affecting, not only myself but my family and life in gene

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    03-26-2025

Signature of Plaintiff
Printed Name of Plaintiff    Herschel J. Ham

## B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____